UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GLENDA TURNER,

      Plaintiff,                                    Case No. 20-cv-12568
                                                      Hon. Matthew F. Leitman

v.

EVERGREEN RECOVERY
SOLUTIONS, LLC, d/b/a
Consumer Financial Services, et al.,

      Defendants.
_____/

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
AS TO DEFENDANT EVERGREEN RECOVERY SOLUTIONS, LLC**

      For good cause shown, the Court hereby GRANTS Plaintiff's motion for default judgment against Defendant Evergreen Recovery Solutions, LLC in the amount of $13,371, which amount includes $1,000 in statutory damages under the Fair Debt Collection Practices Act ("FDCPA"); $5,350 in actual damages under the FDCPA; $1,000 in statutory damages under the Electronic Fund Transfer Act ("EFTA"); $100 in actual damages under the EFTA; $5,521.00 in attorney fees; and $400 in court costs.

      **IT IS SO ORDERED.**

                                                              /s/Matthew F. Leitman
                                                              MATTHEW F. LEITMAN
                                                              UNITED STATES DISTRICT JUDGE

Dated:  December 20, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 20, 2021, by electronic means and/or ordinary mail.

                                                          s/Holly A. Ryan  
                                                          Case Manager  
                                                          (810) 341-9764