UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLENDA TURNER,

    Plaintiff,

v.

                                            Case No. 20-cv-12568
                                            Hon. Matthew F. Leitman

EVERGREEN RECOVERY
SOLUTIONS, LLC, *et al.*,

    Defendants.

_____/

## **DEFAULT JUDGMENT AND AWARD OF ATTORNEY FEES**

For good cause shown, Plaintiff Glenda Turner's Motion for a Default Judgment (ECF No. 22) against Robert C. Crippen is **GRANTED**. Judgment is hereby entered in Plaintiff's favor against Defendant Robert C. Crippen, II in the amount of $15,432.40, which includes $1,000 in statutory damages under the Fair Debt Collection Practices Act ("FDCPA"); $5,350 in actual damages under the FDCPA; $1,000 in statutory damages under the Electronic Fund Transfer Act ("EFTA"); $100 in actual damages under the EFTA; $5,521.00 in attorney fees incurred prior to January 1, 2022 reflecting an hourly rate of $300 per hour for Mr. Hilton, and another $1,735 in fees and expenses incurred after January 1, 2022, reflecting an hourly rate of $330 per hour for Mr. Hilton; $400 in court costs; and $326.40 in other case expenses awardable as costs under 15 U.S.C. § 1692(k)(a)(3).

1

Pursuant to this Court's judgment dated December 20, 2021, Defendant Evergreen Recovery Solutions, LLC is jointly and severally liable for the first $13,371 of this judgment.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 19, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 19, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126